# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

BEN & JERRY'S HOMEMADE, INC.

Plaintiff,

-v-

CONOPCO, INC.

Defendant.

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BEN & JERRY'S HOMEMADE, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

CONOPCO, INC. (Parent corporation of Plaintiff)
UNILEVER PLC (Parent corporation of Conopco, Inc.; publicly traded)

**Date:** 7/5/2022

/s/ Mark S. Cohen

**Signature of Attorney**

**Attorney Bar Code:** MC-9055