UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BEN & JERRY'S HOMEMADE, INC.

                Plaintiff,

– against –

CONOPCO, INC.,

                Defendant.

---------------------------------------------------------------- x

Case No.: 1:22-cv-05681

## DECLARATION OF DREW S. DEAN IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTIVE RELIEF

Drew S. Dean, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Cohen & Gresser LLP, counsel to Plaintiff Ben & Jerry's Homemade, Inc. ("Plaintiff"). I submit this Affirmation in support of Plaintiff's Application for a Temporary Restraining Order and Preliminary Injunctive Relief.

2. A true and correct copy of a law journal article titled "Freezing out Ben & Jerry: Corporate Law and the Sale of a Social Enterprise Icon," authored by Antony Page and Robert A. Katz and published in VERMONT LAW REVIEW 35, no. 1 (Fall 2010) is attached as Exhibit 1.

3. A true and correct copy of a June 29, 2022 news article titled "Ben & Jerry's cancels plan to stop sales in Israel," published by the THE JERUSALEM POST and publicly available at https://www.jpost.com/israel-news/article-710730, is attached as Exhibit 2.

4. A true and correct copy of a Tweet posted by Twitter user "rhoda schermer" (@rhokays225) on June 29, 2022, which is publicly available at https://twitter.com/rhokays225/status/1542216001516888068, is attached as Exhibit 3

5. A true and correct copy of the Social Enterprise Law Tracker's webpage on Benefit Corps as of July 5, 2022, which is publicly available at https://socentlawtracker.org/#/bcorps, is attached as Exhibit 4.

Dated: July 5, 2022
New York, New York

                                                                                                                                         Drew S. Dean