| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------- x<br>**BEN & JERRY'S HOMEMADE, INC,**<br>                      **Plaintiff,**<br>           -against-<br>**CONOPCO, INC.,**<br>                      **Defendant.**<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 5, 2022<br><br>**22-cv-5681 (ALC)**<br><br>**ORDER TO SHOW CAUSE** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court, having considered Plaintiff's application for a temporary restraining order and preliminary injunction, and having reviewed the Application and Declarations of Ben Cohen, Jerry Greenfield, Andrew Ross, Jennifer Henderson, and Drew Dean, along with exhibits attached thereto and other evidence submitted in support of the application, DENIES Plaintiff's application for a temporary restraining order.

Defendant is hereby ORDERED to show cause before this Court at a telephonic show cause hearing on Thursday, July 14, 2022 at 3:45 p.m. why a preliminary injunction, pursuant to Fed. R. Civ. P. 65(a), should not issue. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press can use the same dial-in information.

Plaintiff shall serve the motion papers and this Order upon Defendant by 5:00 p.m. on July 6, 2022. Defendant shall respond in opposition by 5:00 p.m. on July 11, 2022. Plaintiff's reply, if any, shall be filed by 5:00 p.m. on July 13, 2022.

**SO ORDERED.**

Dated:   July 5, 2022
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**