UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> CONOPCO, INC. <br><br> Defendant. | Civil Action No. 1:22-cv-05681-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned matter for defendant Conopco, Inc.  The undersigned requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith be given to and served upon her and all ECF notices be directed to dmarriott@cravath.com.

Dated:   New York, New York
         July 8, 2022

                                                         s/ *David R. Marriott*
                                                         David R. Marriott - 2682565

                                                         CRAVATH, SWAINE & MOORE LLP
                                                         Worldwide Plaza
                                                         825 Eighth Avenue
                                                         New York, New York 10019
                                                         (212) 474-1430
                                                         dmarriott@cravath.com

                                                         *Attorney for Defendant Conopco, Inc.*

1