UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>                              Plaintiff,<br><br>         -against-<br><br><br>CONOPCO, INC.<br><br>                              Defendant. | Civil Action No. 1:22-cv-05681-ALC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned matter for defendant Conopco, Inc.  The undersigned requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith be given to and served upon her and all ECF notices be directed to gbornstein@cravath.com.

Dated:   New York, New York
         July 8, 2022

                                        s/ *Gary A. Bornstein*
                                        Gary A. Bornstein - 2916815

                                        CRAVATH, SWAINE & MOORE LLP
                                        Worldwide Plaza
                                        825 Eighth Avenue
                                        New York, New York 10019
                                        (212) 474-1084
                                        gbornstein@cravath.com

                                        *Attorney for Defendant Conopco, Inc.*