**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BEN & JERRY'S HOMEMADE, INC.,

Plaintiff,

-against-

CONOPCO, INC.

Defendant.

**Civil Action No. 1:22-cv-05681-ALC**

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned matter for defendant Conopco, Inc.  The undersigned requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith be given to and served upon her and all ECF notices be directed to yeven@cravath.com.

Dated:    New York, New York
          July 8, 2022

<u>s/ <i>Yonatan Even</i></u>
Yonatan Even - 4339651

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1958
yeven@cravath.com

*Attorney for Defendant Conopco, Inc.*
