# Exhibit O

# Texas Comptroller Glenn Hegar: Ben & Jerry's and its Parent Company Added to Texas List of Companies That Boycott Israel

comptroller.texas.gov/about/media-center/news/20210923-texas-comptroller-glenn-hegar-ben-and-jerrys-and-its-parent-company-added-to-texas-list-of-companies-that-boycott-israel-1632327961380

## Main Search



Texas Comptroller of Public Accounts

**FOR IMMEDIATE RELEASE**

September 23, 2021

**(AUSTIN) —** Texas Comptroller Glenn Hegar announced, effective today, the Comptroller's office has added Ben & Jerry's and its parent company, Unilever, to the Texas list of companies that boycott Israel.

This action was undertaken pursuant to Texas Government Code Chapter 808, which defines "boycott Israel" as "refusing to deal with, terminating business activities with, or otherwise taking any action that is intended to penalize, inflict economic harm on or limit commercial relations specifically with Israel or with a person or entity doing business in Israel or in an Israeli-controlled territory ..."

The agency follows an established process in making listing decisions.

"As with any of our listing decisions, my office, in cooperation with our research providers, carefully reviewed statements and activities by both Ben & Jerry's and Unilever before concluding that they are suitable candidates for the Texas list," Hegar said. "Texas law is clear on this issue, and my office has long supported Israel through our Israel bond holdings as well as our lists of scrutinized companies with ties to Iran and those with ties to foreign terrorist organizations."

The updated list as well as other Comptroller-maintained Divestment Statute lists and relevant Government Code provisions can be found on the Comptroller's website.