UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEN & JERRY'S HOMEMADE, INC.

                Plaintiff,

– against –

CONOPCO, INC.,

                Defendant.

Case No.: 1:22-cv-05681 (ALC)

---

## DECLARATION OF SHAHMEER HALEPOTA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

Shahmeer Halepota, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Ahmad, Zavitsanos & Mensing PC, counsel to Plaintiff Ben & Jerry's Homemade, Inc. ("Plaintiff"). I submit this Declaration in support of Plaintiff's Reply Memorandum of Law in Support of its Application for Preliminary Injunctive Relief.

2. A true and correct copy of a July 6, 2022 news article titled "Meet the Israeli Who Wants to Rename Ben & Jerry's Chunky Monkey 'Judea and Samaria,'" published by Haaretz and available at https://www.haaretz.com/israel-news/2022-07-06/ty-article-magazine/.highlight/meet-the-israeli-who-wants-to-rename-chunky-monkey-to-judea-and-samaria/00000181-d27b-df27-a7b7-da7f9f110000, is attached as **Exhibit 1**.

Dated:     July 13, 2022
            Houston, Texas

                                            */s/ Shahmeer Halepota*
                                            Shahmeer Halepota