| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------- x<br>BEN & JERRY'S HOMEMADE, INC,   :<br>                                                     :<br>                 Plaintiff,   :<br>               -against-   :<br>CONOPCO, INC.,   :<br>                    Defendant.   :<br>------------------------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: July 14, 2022<br><br>**22-cv-5681 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The order to show cause hearing scheduled for today is adjourned. The parties shall submit a joint status report by August 1, 2022.

**SO ORDERED.**

**Dated:**    **July 14, 2022**
             **New York, New York**

                                                              **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**