

**Shahmeer Halepota**
Direct 713.600.4953
Main 713.655.1101
Fax 713.655.0062
shalepota@azalaw.com

August 1, 2022

Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Ben & Jerry's Homemade, Inc. v. Conopco, Inc.*, No. 1:22-cv-05681-ALC

Dear Judge Carter:

  We represent Plaintiff Ben & Jerry's Homemade, Inc. in the above-referenced action. Pursuant to the Court's Order of July 14, 2022, this letter seeks to advise the Court that the parties have been unable to resolve the dispute by mediation. Per the July 18, 2022 Stipulation and Order, Plaintiff respectfully requests that Plaintiff's motion for a preliminary injunction be "placed back on the Court's calendar (at the Court's earliest convenience)." Plaintiff attempted to confer with Defendant regarding the contents of this letter prior to filing.

            Respectfully,

            Shahmeer Halepota