| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: August 2, 2022 |

------------------------------------------------------- x
   **BEN & JERRY'S HOMEMADE, INC,**

                            **Plaintiff,**

              -against-

   **CONOPCO, INC.,**

                             **Defendant.**
------------------------------------------------------- x

**22-cv-5681 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters regarding the unsuccessful mediation. Accordingly, Defendant is hereby ORDERED to show cause before this Court at a telephonic show cause hearing on August 8, 2022 at 2:00 p.m. why a preliminary injunction should not issue. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660). Members of the public and the press may use the same dial-in information.

**SO ORDERED.**

Dated:    **August 2, 2022**
             **New York, New York**

                                                     _/s/ Andrew L. Carter_
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**