

SHAHMEER HALEPOTA
DIRECT 713.600.4953
MAIN 713.655.1101
FAX 713.655.0062
SHALEPOTA@AZALAW.COM

September 6, 2022

Honorable Andrew L. Carter, Jr.
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Ben & Jerry's Homemade, Inc. v. Conopco, Inc.*; Cause No. 1:22-cv-05681

Dear Judge Carter:

      The Parties jointly submit this status letter, as ordered by Your Honor on August 22, 2022.  (Dkt. 52.)

      Plaintiff requests leave to amend its Complaint.  Defendant contends that the Complaint was inappropriately brought on behalf of Ben & Jerry's Homemade, Inc., but, in the interest of efficiency and while reserving all rights, Defendant does not object to Plaintiff's request to amend.  Should Your Honor be amenable, the Parties have agreed that Plaintiff's Amended Complaint be filed on or before September 27, 2022, and Defendant's response—which is due today (*see* Dkt. 44)—be filed on or before November 1, 2022.

      Please advise if Your Honor has any questions or wishes to hear further from the Parties on this matter.

              Respectfully submitted,

              Shahmeer Halepota