UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.<br><br>         Plaintiff,<br><br>v.<br><br>CONOPCO, INC.<br><br>         Defendant. | Case No. 1:22-cv-05681 (ALC) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on July 5, 2022, Plaintiff Ben & Jerry's Homemade, Inc. ("Plaintiff") filed its Complaint (Dkt. 1);

WHEREAS on September 1, 2022, Plaintiff sought Defendant's consent for Plaintiff to amend its Complaint and defer Defendant's time to respond;

WHEREAS on September 6, 2022, Plaintiff and Defendant agreed to a Stipulation, so-ordered by the Court on September 7, 2022, providing that Plaintiff will file an Amended Complaint on or before September 27, 2022, and Defendant will respond to the Amended Complaint on or before November 1, 2022 (Dkt. 55);

WHEREAS, in deference to the religious holiday on September 27, 2022 (which will be observed by certain counsel for both Plaintiff and Defendant), Plaintiff and Defendant have agreed to extend Plaintiff's time to file an Amended Complaint to September 29, 2022;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

1. Plaintiff will file an Amended Complaint on or before September 29, 2022, and Defendant will respond to the Amended Complaint on or before November 1, 2022.

Dated: September 26, 2022
New York, New York

**SO STIPULATED:**

| **COHEN & GRESSER LLP** | **AHMAD, ZAVITSANOS & MENSING, P.C.** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|---|
| By: *s/ Mark S. Cohen* <br> Mark S. Cohen <br> Jeffrey I. Lang <br> Drew S. Dean <br> 800 Third Avenue <br> 21st Floor <br> New York, New York 10022 <br> Tel: (212) 957-7600 | By: *s/ Shahmeer A. Halepota* <br> Shahmeer A. Halepota <br> Joseph Y. Ahmad <br> Thomas Frashier <br> 1221 McKinney Street <br> Suite 2500 <br> Houston, Texas 77010 <br> Tel: 713-655-1101 | By: *s/ David R. Marriott* <br> David R. Marriott <br> Gary A. Bornstein <br> Yonatan Even <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Tel: (212) 474-1000 |

**SO ORDERED** this _____ day of September, 2022

_____

**THE HONORABLE ANDREW L. CARTER**
**UNITED STATES DISTRICT JUDGE**