UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CONOPCO, INC.<br><br>　　　　　　　　　　　Defendant. | Case No. 1:22-cv-05681 (ALC) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on July 5, 2022, Plaintiff Ben & Jerry's Homemade, Inc. ("Plaintiff") filed its Complaint (Dkt. 1);

WHEREAS on September 1, 2022, Plaintiff sought Defendant's consent for Plaintiff to amend its Complaint and defer Defendant's time to respond;

WHEREAS on September 6, 2022, Plaintiff and Defendant agreed to a Stipulation, so-ordered by the Court on September 7, 2022, providing that Plaintiff may file an Amended Complaint on or before September 27, 2022, and Defendant will respond to the Amended Complaint on or before November 1, 2022 (Dkt. 55);

WHEREAS, to further ongoing good faith negotiations, Plaintiff and Defendant have agreed to extend Plaintiff's time to file an Amended Complaint to September 30, 2022;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

1. Plaintiff may file an Amended Complaint on or before September 30, 2022, and Defendant will respond to the Amended Complaint on or before November 1, 2022.

Dated: September 29, 2022
New York, New York

**SO STIPULATED:**

| **COHEN & GRESSER LLP** | **AHMAD, ZAVITSANOS & MENSING, P.C.** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|---|
| By: *s/ Mark S. Cohen* <br> Mark S. Cohen <br> Jeffrey I. Lang <br> Drew S. Dean <br> 800 Third Avenue <br> 21st Floor <br> New York, New York 10022 <br> Tel: (212) 957-7600 | By: *s/ Shahmeer A. Halepota* <br> Shahmeer A. Halepota <br> Joseph Y. Ahmad <br> Thomas Frashier <br> 1221 McKinney Street <br> Suite 2500 <br> Houston, Texas 77010 <br> Tel: 713-655-1101 | By: *s/ David R. Marriott* <br> David R. Marriott <br> Gary A. Bornstein <br> Yonatan Even <br> 825 Eighth Avenue <br> New York, New York 10019 <br> Tel: (212) 474-1000 |

**SO ORDERED** this \_\_\_\_ day of September, 2022

_____
**THE HONORABLE ANDREW L. CARTER**
**UNITED STATES DISTRICT JUDGE**