UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>                                                      Plaintiff,<br><br>v.<br><br>CONOPCO, INC., UNILEVER IP HOLDINGS B.V., and UNILEVER PLC,<br><br>                                                      Defendants. | Case No. 1:22-cv-05681 (ALC) |

**NOTICE OF DEFENDANTS CONOPCO, INC., UNILEVER IP HOLDINGS B.V. AND UNILEVER PLC'S MOTION TO DISMISS BEN & JERRY'S HOMEMADE, INC.'S AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon Ben & Jerry's Homemade, Inc.'s Amended Complaint filed September 30, 2022 (Dkt. No. 58); the Memorandum of Law in Support of Defendants Conopco, Inc., Unilever IP Holdings B.V. and Unilever PLC's Motion to Dismiss; and the Declaration of Andrew Wiktor and exhibits attached thereto; Defendants hereby move this Court before the Honorable Andrew L. Carter, United States District Court, Southern District of New York, Courtroom 1306, 40 Foley Square, New York, NY, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6), dismissing the Amended Complaint with prejudice.

Dated:  December 2, 2022

                      Respectfully submitted,

                      s/ *David R. Marriott*
                      **CRAVATH, SWAINE & MOORE LLP**
                      David R. Marriott
                      Gary A. Bornstein
                      Yonatan Even
                      Worldwide Plaza
                      825 Eighth Avenue
                      New York, NY 10019
                      Telephone: (212) 474-1000
                      Facsimile: (212) 474-3700
                      dmarriott@cravath.com
                      gbornstein@cravath.com
                      yeven@cravath.com

                      *Attorneys for Defendants Conopco, Inc., Unilever IP Holdings B.V. and Unilever PLC*