UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEN & JERRY'S HOMEMADE, INC.,<br><br>                      Plaintiff,<br>      v.<br><br>CONOPCO, INC., UNILEVER IP HOLDINGS B.V., and UNILEVER PLC,<br><br>                      Defendants. | Case No.: 1:22-cv-05681 (ALC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-entitled action against all Defendants shall be and hereby is dismissed with prejudice, and without costs, disbursements or attorneys' fees to any party.

Dated: December 19, 2022

| | |
|---|---|
| **AHMAD, ZAVITSANOS & MENSING PC**<br><br>Shahmeer Halepota<br>John Zavitsanos (*pro hac vice*)<br>Joseph Y. Ahmad<br>Jane Robinson (*pro hac vice* to be filed)<br>Daryl Moore (*pro hac vice*)<br>Kelsi White (*pro hac vice* to be filed)<br>Thomas Frashier (*pro hac vice*)<br>1221 McKinney, Suite 2500<br>Houston, Texas 77010<br>Phone: (713) 655-1101 | **COHEN & GRESSER LLP**<br><br>By: */s/ Jeffrey I. Lang*<br>Mark S. Cohen<br>Jeffrey I. Lang<br>Drew S. Dean<br>800 Third Avenue, 21st Floor<br>New York, New York 10022<br>Phone: (212) 957-7600<br>Fax: (212) 957-4514<br>Fax: (713) 655-0062<br><br>*Attorneys for Plaintiff Ben & Jerry's Homemade, Inc.* |